IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00534-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTWANE DESHON TAYLOR,

    Defendant.
_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

    This matter has been scheduled for a three-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **February 23, 2009 at 8:00 a.m.** It is

    ORDERED that all pretrial motions shall be filed by **January 15, 2009** and responses to these motions shall be filed by **January 22, 2009**. It is further

    ORDERED that a Trial Preparation Conference is set for **February 13, 2009 at 11:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.


DATED December 31, 2008.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge