IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00534-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANTWANE DESHON TAYLOR,

    Defendant.
_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

**Order entered by Judge Philip A. Brimmer**

    A Notice of Disposition was filed on February 3, 2009 [Docket No. 22]. A Change of Plea hearing is set for **February 13, 2009 at 11:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing. See D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. See D.C.COLO.LCrR 11.1F.

    The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. It is further

    ORDERED that the Trial Preparation Conference previously scheduled for **February 13, 2009 at 11:00 a.m.** is VACATED.


    DATED February 4, 2009.